JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO MORA CORTEZ, an individual;<br><br>        Plaintiff,<br><br>    v.<br><br>CWD, LLC dba CENTRIC PARTS, a California limited liability company; FIRST BRANDS GROUP, LLC, a Delaware limited liability company; BRAKE PARTS LLC dba BRAKE PARTS INC LLC, a Delaware limited liability company; and DOES 1-99, inclusive;<br><br>        Defendants. | Case No.:  2:23−cv−00922 JLS (PDx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

1        Pending before the Court is The Joint Stipulation for Dismissal by All Parties Who
2   Have Appeared Pursuant to Fed. Rule Civ. Proc. 41(a)(1)(A)(ii) (Doc.32). After
3   considering the file and the Joint Stipulation, the Court GRANTS an order of dismissal
4   of the entire action with prejudice.
5   It is therefore ordered that:
6        1) This entire action is dismissed with prejudice by request of Plaintiff and by joint
7           stipulation of all appearing Plaintiff(s) and Defendant(s).
8        2) That all further hearing dates or deadlines, if any, are vacated.

10  DATED: January 18, 2024

                                        _____
                                        HON. JOSEPHINE L. STATON
                                        UNITED STATES DISTRICT JUDGE